UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  : 05-61283-CIV-COHN
JUDGE     : JAMES L. COHN
TRIAL DATE:

WILLIAM SCOTT TANIS

    Plaintiff(s),

vs.

**MEDIATORS REPORT**

CHROMATEK IMAGING INC., ALLEN EVANS
AND KAREN HOULLI
    Defendant(s).



FILED by ___ D.C.
INTAKE
MAY 8 2006
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. - FT. LAUD.

*********************************

COMES NOW Donald J. Spero, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 04-28-2006 14:30.

____    AN AGREEMENT WAS REACHED.

____    Mediation Agreement attached, with the parties consent.

✓    No Agreement was reached; Impasse.

____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____ this matter shall be considered at an Impasse.

____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____    Other: _____

_____  4/28/2006
Certified Mediator, **FLORIDA MEDIATION GROUP** - FMG# 0-64483

( )
515 N. Flagler Dr.
#300-P
WPB, FL 33401
561.659.9886

( )
44 W. Flagler St.
Suite 1900
Miami, FL. 33130
305.579.9990

( )
110 SE Sixth Street
Suite 170
Ft. Lauderdale, FL. 33301
954.522.9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
05/03/06
medrept.fed

33/9P