FILED by ___ T&G ___ D.C.

ELECTRONIC

**May 10 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-61283-CIV-COHN/Magistrate Snow

WILLIAM SCOTT TANIS,                          :
                                        :
       Plaintiff,                             :
                                          :
vs.                                            :
                                          :
CHROMATEK IMAGING, INC.,      :
a Florida corporation; ALLEN EVANS          :
an individual; and KAREN HOULLI,            :
an individual,                                 :
                                          :
       Defendants.                           :
_____ :

## <u>NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT</u>

Defendants, Chromatek Imaging, Inc., Allen Evans, and Karen Houlli ("Defendants"), by

and through undersigned counsel, hereby serve Notice, pursuant to Fed. R. Civ. P. 68, of

Plaintiff's Acceptance of Defendants' Offer of Judgment, served on Plaintiff on May 1, 2006.

Attached hereto are the Defendant's Offer of Judgment with proof of service (Exhibit A) and the

email from counsel for Plaintiff providing Notice of Plaintiff 's acceptance of Defendants' Offer

of Judgment (Exhibit B).

WHEREFORE, Defendants Chromatek Imaging, Inc., Allen Evans, and Karen Houlli,

respectfully request that this Court take Notice of Plaintiff's acceptance of Defendants' Offer of

Judgment, enter final judgment accordingly, and close this matter.

Respectfully submitted this 10th day of May, 2006.

> Samuel A. Terilli, Esq.
> Fla. Bar #352535
> Kevin D. Smith, Esq.
> Fla. Bar #0528137
> FORD & HARRISON LLP
> 100 S.E. 2nd Street
> Suite 4500
> Miami, Florida 33131
> Telephone: (305) 808-2100
> Facsimile:  (305) 808-2101
>
>  /s/  Kevin D. Smith_____
> Kevin D. Smith, Esq.
> Attorneys for Defendants

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by

facsimile and U.S. mail this 10th day of May, 2006 to:

Dion J. Cassata, Esq.
John J. Hanson, Esq.
CASSATA & HANSON, P.L.
1250 E. Hallandale Beach Blvd.
Suite 607
Hallandale Beach, Florida 33009
Tel: 954-364-7803
Fax: 954-251-4787
Attorneys for Plaintiff

> By:     /s/  Kevin D. Smith_____
> Attorney

Miami:74464.1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-61283-CIV-COHN/Magistrate Snow

WILLIAM SCOTT TANIS,                              :

       Plaintiff,                                :

                                :

vs.                                               :

CHROMATEK IMAGING, INC.,                          :
a Florida corporation; ALLEN EVANS               :
an individual; and KAREN HOULLI,
an individual,                                    :

       Defendants.                              :

_____ :

### DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF WILLIAM SCOTT TANIS

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, Chromatek Imaging, Inc., Allen Evans, and Karen Houlli (collectively, the "Defendants"), hereby offer to allow Plaintiff, William Scott Tanis ("Plaintiff"), to take judgment against them in the total sum of Ten Thousand Dollars ($10,000.00) for all damages, claims, relief and accrued costs and attorney's fees which could have been sought, or were sought, by Plaintiff in the above-styled case arising out of matters that were or could have been alleged by Plaintiff in the case (the "Offer"). This Offer includes all damages and is inclusive of compensatory, liquidated, punitive and any other damages, as well as attorney's fees, costs, and expenses of any other kind. This Offer, if accepted, precludes all other relief, which Plaintiff claimed or might have been able to seek in the above-styled case. The conditions of this Offer are:

       1.    Plaintiff has ten (10) days from service of this Offer to either accept or decline the Offer. If the Offer is accepted, then it can be utilized in accordance with the Federal Rules of Civil Procedure.

**EXHIBIT**
**A**

CASE NO. 05-61283-CIV-COHN/Magistrate Snow

2.      The Offer does not constitute an admission of liability by Defendants that they engaged in the conduct, actions, or failures to act alleged by Plaintiff in the above-styled case and is only an offer to allow judgment to be taken against Defendants in the amount of Ten Thousand Dollars ($10,000.00) as set forth above.

3.      If Plaintiff accepts the Offer, the sum of Ten Thousand Dollars ($10,000.00) will be paid in full settlement and release any and all claims that were raised, or could have been raised, by Plaintiff or anyone acting on Plaintiff's behalf in the above-styled case.

4.      The Offer, if declined, will be deemed withdrawn and evidence thereof is not admissible, except in a proceeding to determine costs and/or attorney's fees pursuant to the Federal Rules of Civil Procedure.

5.      In the unlikely event that judgment were finally obtained by Plaintiff, Plaintiff must pay all costs to the extent allowed by law that Defendants have incurred, in accordance with the Federal Rules of Civil Procedure and applicable law, if the judgment is not more favorable than this Offer.

WHEREFORE, Defendants, Chromatek Imaging, Inc., Allen Evans, and Karen Houlli, hereby submit this Offer of Judgment.

Dated this 1st day of May, 2006.

Samuel A. Terilli, Esq.
Fla. Bar #352535
Kevin D. Smith, Esq.
Fla. Bar #0528137
FORD & HARRISON LLP
100 S.E. 2nd Street
Suite 4500
Miami, Florida 33131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101

Kevin D. Smith, Esq.
Attorneys for Defendants

-2-

CASE NO. 05-61283-CIV-COHN/Magistrate Snow

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and U.S. mail this **1st** day of May, 2006, to:

Dion J. Cassata, Esq.
John J. Hanson, Esq.
CASSATA & HANSON, P.L.
1250 E. Hallandale Beach Blvd.
Suite 607
Hallandale Beach, Florida 33009
Tel: 954-364-7803
Fax: 954-251-4787
Attorneys for Plaintiff

By: _____
  Attorney

Miami:74274.1

-3-

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2500
CONNECTION TEL                  919542514787
SUBADDRESS
CONNECTION ID
ST. TIME              05/01 18:08
USAGE T               01'37
PGS. SENT             4
RESULT                OK
```

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

100 S.E. 2nd Street, Suite 4500, Miami, Florida 33131
Tel 305-808-2100  Fax 305-808-2101
www.fordharrison.com

## FACSIMILE TRANSMISSION

**DATE:**  May 1, 2006

**TIME:**  6:10 PM

To:

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Dion J. Cassata<br>Cassata & Hanson P.L. | 954-251-4787 | 954-364-7803 |

**FROM:**  Kevin D. Smith          **PHONE:**          (305) 808-2100

**RE:**  William Scott Tanis

| NUMBER OF PAGES WITH COVER PAGE:   4 | |
|---|---|

Message:

Please see attached.  Original to follow by mail.

**Kevin D. Smith**

| | |
|---|---|
| **From:** | Dion Cassata [DionCassata@cassatahanson.com] |
| **Sent:** | Tuesday, May 09, 2006 5:32 PM |
| **To:** | kevin.smith@fordharrison.com |
| **Subject:** | Tanis v. Chromatek |

Kevin,

As we discussed moments ago by telephone, my client has accepted your clients' May 1, 2006 offer of judgment.

Very truly yours,

*Dion J. Cassata, Esq.*

Cassata & Hanson, P.L.
1250 E. Hallandale Beach Blvd., Suite 607
Hallandale Beach, FL 33009

Phone:        (954) 364-7803
Facsimile:    (954) 251-4787

*www.cassatahanson.com*

The information contained in this e-mail message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you believe you have received this communication in error, please immediately notify Cassata & Hanson, P.L. by e-mail (thefirm@cassatahanson.com) or telephone ((954) 364-7803), and destroy the original message. Thank you.

