UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61283-CIV-COHN

Magistrate Judge Snow

WILLIAM SCOTT TANIS,

Plaintiff,

**CLOSED CIVIL CASE**

vs.

CHROMATEK IMAGING, INC., ALLEN EVANS
and KAREN HOULLI,

Defendants.

_____/

FILED by _PtR_ D.C.

MAY 1 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## FINAL JUDGMENT

THIS CAUSE came before the Court upon the Notice of Acceptance of Defendants' Offer of Judgment [DE 35]. The record now showing that Plaintiff has accepted Defendants' Offer of Judgment, pursuant to Rule 68, the Court enters judgment in accordance with the parties' agreement.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Judgment is hereby entered in favor of Plaintiff, William Scott Tanis, and against Defendants, Chromatek Imaging, Inc., Allen Evans, and Karen Houlli, and William Scott Tanis shall recover $10,000.00, for which let execution issue.

2.    The Clerk may **CLOSE** this case.

3.    All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___12th___ day of May, 2006.

JAMES I. COHN
United States District Judge

copies to:
Dion Cassata, Esq.
Kevin D. Smith, Esq.